UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T. M.,

       Plaintiff,                          Case No. 1:23–cv–00762–PLM–RSK

v.                                     Hon. Paul L. Maloney

MICHIGAN DEPARTMENT OF
EDUCATION,

       Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

      NOTICE is hereby given that the above–captioned case was filed in this court on July 17, 2023 .   The case has been assigned to Paul L. Maloney .

                                    CLERK OF COURT

Dated:   July 18, 2023        By:     /s/ E. Siskind_____
                                            Deputy Clerk