UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

T.M.,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
EDUCATION,

    Defendant.

_____/

No. 1:23-cv-00762-PLM-RSK

HON. PAUL L. MALONEY

MAG. RAY KENT

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Attorney for Plaintiff<br>ABDNOUR WEIKER, LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>(517) 994-1776<br>liz@education-rights.com<br><br>Jacquelyn Babinski (P83575)<br>Attorney for Plaintiff<br>BARGER & GAINES<br>90 Noth Broadway<br>Irvington, NY 10533<br>(914) 902-5918<br>jacquelyn@bargergaines.com | Kathleen A. Halloran (P76453)<br>Kelly A. Carter (P56129)<br>Attorneys for Defendant<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI  48909<br>(517) 335-7603<br>hallorank1@michigan.gov<br>lavinel1@michigan.gov<br>carterk1@michigan.gov |

**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

    The parties, by and through the undersigned counsel, stipulate to extend the deadline for Defendant Michigan Department of Education (MDE) to respond to Plaintiff's complaint (ECF No. 1).  The parties agree to extend MDE's response deadline from to October 24, 2023 to November 17, 2023.

WHEREFORE, the parties respectfully request that this Honorable Court enter the attached proposed stipulated order to extend the deadline for MDE to respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: 10-09-2023   */s/Kathleen A. Halloran*
Kathleen A. Halloran (P76453)
Attorney for Defendant

Dated: 10-09-2023   */s/Elizabeth K. Abdnour* *(w/permission)*
Elizabeth K. Abdnour (P78203)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

T.M.,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
EDUCATION,

    Defendant.

_____/

No. 1:23-cv-00762-PLM-RSK

HON. PAUL L. MALONEY

MAG. RAY KENT

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Attorney for Plaintiff<br>ABDNOUR WEIKER, LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>(517) 994-1776<br>liz@education-rights.com<br><br>Jacquelyn Babinski (P83575)<br>Attorney for Plaintiff<br>BARGER & GAINES<br>90 Noth Broadway<br>Irvington, NY 10533<br>(914) 902-5918<br>jacquelyn@bargergaines.com | Kathleen A. Halloran (P76453)<br>Kelly A. Carter (P56129)<br>Attorneys for Defendant<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI  48909<br>(517) 335-7603<br>hallorank1@michigan.gov<br>lavinel1@michigan.gov<br>carterk1@michigan.gov |

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO
RESPOND TO PLAINITFF'S COMPLAINT**

    This matter having come before the Court upon the parties' stipulation to

extend the deadline for Defendant to respond to Plaintiffs' complaint,

IT IS HEREBY ORDERED that Defendant's response to Plaintiff's complaint is due on or before November 17, 2023.

IT IS SO ORDERED.

Dated: _____         _____
                             HON. PAUL L. MALONEY
                             United States District Judge