UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

T.M.,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
EDUCATION,

    Defendant.

No. 1:23-cv-00762-PLM-RSK

HON. PAUL L. MALONEY

MAG. RAY KENT

_____/

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Attorney for Plaintiff<br>ABDNOUR WEIKER, LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>(517) 994-1776<br>liz@education-rights.com<br><br>Jacquelyn Babinski (P83575)<br>Attorney for Plaintiff<br>BARGER & GAINES<br>90 Noth Broadway<br>Irvington, NY 10533<br>(914) 902-5918<br>jacquelyn@bargergaines.com | Kathleen A. Halloran (P76453)<br>Kelly A. Carter (P56129)<br>Attorneys for Defendant<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI  48909<br>(517) 335-7603<br>hallorank1@michigan.gov<br>lavinel1@michigan.gov<br>carterk1@michigan.gov |

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO
RESPOND TO PLAINITFF'S COMPLAINT**

    This matter having come before the Court upon the parties' stipulation to

extend the deadline for Defendant to respond to Plaintiffs' complaint,

IT IS HEREBY ORDERED that Defendant's response to Plaintiff's complaint is due on or before November 17, 2023.

IT IS SO ORDERED.

Dated: October 10, 2023

/s/ Paul L. Maloney
HON. PAUL L. MALONEY
United States District Judge