UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

T.M.,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

_____/

No. 1:23-cv-00762-PLM-RSK

HON. PAUL L. MALONEY

MAG. RAY KENT

**DEFENDANT MICHIGAN DEPARTMENT OF EDUCATION'S MOTION TO DISMISS**

Elizabeth K. Abdnour (P78203)
Attorney for Plaintiff
ABDNOUR WEIKER, LLP
500 E. Michigan Ave., Ste. 130
Lansing, MI 48912
(517) 994-1776
liz@education-rights.com

Jacquelyn Babinski (P83575)
Attorney for Plaintiff
BARGER & GAINES
90 Noth Broadway
Irvington, NY 10533
(914) 902-5918
jacquelyn@bargergaines.com

Kathleen A. Halloran (P76453)
Kelly A. Carter (P56129)
Attorneys for Defendant
Michigan Department of
Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
hallorank1@michigan.gov
carterk1@michigan.gov

---

**DEFENDANT MICHIGAN DEPARTMENT OF EDUCATION'S MOTION TO DISMISS**

    Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendant Michigan Department of Education (MDE) moves this Court to dismiss the Complaint in this

matter, (Complaint; ECF No. 1; PageID.1-24), for the reasons more fully set forth in the accompanying Brief in Support.

Pursuant to L.R. 7.1, on November 13, 2023, counsel for MDE contacted counsel for Plaintiff and explained the nature of and grounds for this motion. However, counsel for Plaintiff does not concur to the relief sought, thereby necessitating this motion.

Respectfully submitted,

/s/ *Kathleen A. Halloran*
Kathleen A. Halloran
Attorney for Defendant
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
P76453

Dated:  November 17, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ *Kathleen A. Halloran*
Kathleen A. Halloran
Attorney for Defendant
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
P76453
