UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

T.M.,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

No. 1:23-cv-00762-PLM-RSK

HON. PAUL L. MALONEY

MAG. RAY KENT

**INDEX OF EXHIBITS**

_____/

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Attorney for Plaintiff<br>ABDNOUR WEIKER, LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>(517) 994-1776<br>liz@education-rights.com<br><br>Jacquelyn Babinski (P83575)<br>Attorney for Plaintiff<br>BARGER & GAINES<br>90 Noth Broadway<br>Irvington, NY 10533<br>(914) 902-5918<br>jacquelyn@bargergaines.com | Kathleen A. Halloran (P76453)<br>Attorney for Defendant<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI  48909<br>(517) 335-7603<br>hallorank1@michigan.gov |

## INDEX OF EXHIBITS

Exhibit 1 – ALJ Decision and Order issued on January 13, 2023

Exhibit 2 – Unreported Cases

*Adams v. Sch Bd of Anoka-Hennepin Indep Sch Dist No 11*, No. 02-991, 2002 U.S. Dist. LEXIS 22444 (D. Minn. Nov. 18, 2002)

*Carr v. Dep't of Pub Instruction*, No. 17-cv-413, 2018 U.S. Dist. LEXIS 28441 (W.D. Wis. Feb. 22, 2018)

*Y.D. v. NY City Dep't of Educ.*, No. 14-cv-1137, 2016 U.S. Dist. LEXIS 20776 (S.D.N.Y., Feb. 19, 2016)

*Parrish v. Bentonville Sch. Dist.*, No. 5:15-cv-05083, 2017 U.S. Dist. LEXIS 41149 (W.D. Ark., Mar. 22, 2017)