UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

T.M.,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

No. 1:23-cv-00762-PLM-RSK

HON. PAUL L. MALONEY

MAG. RAY KENT

_____/

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Attorney for Plaintiff<br>ABDNOUR WEIKER, LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>(517) 994-1776<br>liz@education-rights.com<br><br>Jacquelyn Kmetz (P83575)<br>Attorney for Plaintiff<br>BARGER & GAINES<br>90 North Broadway<br>Irvington, NY 10533<br>(914) 902-5918<br>jacquelyn@bargergaines.com | Kathleen A. Halloran (P76453)<br>Kelly A. Carter (P56129)<br>Attorneys for Defendant<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI  48909<br>(517) 335-7603<br>hallorank1@michigan.gov<br>lavinel1@michigan.gov<br>carterk1@michigan.gov |

**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

The parties, by and through the undersigned counsel, stipulate to extend the deadline for Defendant Michigan Department of Education (MDE) to reply to Plaintiff's Response to Defendant MDE's Motion to Dismiss (ECF No. 11).  The parties agree to extend MDE's response deadline from to December 29, 2023 to January 8, 2023.

WHEREFORE, the parties respectfully request that this Honorable Court enter the attached proposed stipulated order to extend the deadline for MDE to respond to Plaintiff's Response to January 8, 2023.

IT IS SO STIPULATED.

Dated: 12-20-2023                                          */s/Kathleen A. Halloran*
                                                           Kathleen A. Halloran (P76453)
                                                           Attorney for Defendant


Dated: 12-20-2023                                          */s/Jacquelyn Kmetz* (w/ permission)
                                                           Jacquelyn Kmetz
                                                           Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

T.M.,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

No. 1:23-cv-00762-PLM-RSK

HON. PAUL L. MALONEY

MAG. RAY KENT

_____/

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Attorney for Plaintiff<br>ABDNOUR WEIKER, LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>(517) 994-1776<br>liz@education-rights.com<br><br>Jacquelyn Kmetz (P83575)<br>Attorney for Plaintiff<br>BARGER & GAINES<br>90 North Broadway<br>Irvington, NY 10533<br>(914) 902-5918<br>jacquelyn@bargergaines.com | Kathleen A. Halloran (P76453)<br>Kelly A. Carter (P56129)<br>Attorneys for Defendant<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI  48909<br>(517) 335-7603<br>hallorank1@michigan.gov<br>lavinel1@michigan.gov<br>carterk1@michigan.gov |

**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

This matter having come before the Court upon the parties' stipulation to extend the deadline for Defendant to respond to Plaintiffs' Response to Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED that Defendant's is due on or before November reply to the response to the Motion to Dismiss is now due January 8, 2023.

IT IS SO ORDERED.


Dated: _____  _____
HON. PAUL L. MALONEY
United States District Judge