UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

T.M.,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

_____/

No. 1:23-cv-00762-PLM-RSK

HON. PAUL L. MALONEY

MAG. RAY KENT

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Attorney for Plaintiff<br>ABDNOUR WEIKER, LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>(517) 994-1776<br>liz@education-rights.com<br><br>Jacquelyn Kmetz (P83575)<br>Attorney for Plaintiff<br>BARGER & GAINES<br>90 North Broadway<br>Irvington, NY 10533<br>(914) 902-5918<br>jacquelyn@bargergaines.com | Kathleen A. Halloran (P76453)<br>Kelly A. Carter (P56129)<br>Attorneys for Defendant<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>hallorank1@michigan.gov<br>lavinel1@michigan.gov<br>carterk1@michigan.gov |

**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

This matter having come before the Court upon the parties' stipulation to extend the deadline for Defendant to respond to Plaintiffs' Response to Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED that Defendant's is due on or before November reply to the response to the Motion to Dismiss is now due January 8, 2024.

Dated: December 26, 2023

/s/ Paul L. Maloney

HON. PAUL L. MALONEY
United States District Judge