UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

T.M.,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF EDUCATION,

    Defendant.

Case No. 23-cv-00762-PLM-RSK

Hon. Paul L. Maloney

Mag. Ray Kent

---

| | |
|---|---|
| Elizabeth K. Abdnour (P78203)<br>Jacquelyn Kmetz (P83575)<br>*Attorney for Plaintiffs*<br>ABDNOUR WEIKER LLP<br>500 E. Michigan Ave., Ste. 130<br>Lansing, MI 48912<br>P: (517) 994-1776<br>F: (614) 417-5081<br>liz@education-rights.com<br>jacquelyn@education-rights.com | Kathleen A. Halloran (P76453)<br>Kelly A. Carter (P56129)<br>*Attorneys for Defendant*<br>Michigan Department of<br>Attorney General<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>hallorank1@michigan.gov<br>carterk1@michigan.gov |

## **NOTICE OF CHANGE OF CONTACT INFORMATION**

I, Jacquelyn Kmetz, notify the Court that my contact information has changed as listed below:

**Address**

    Old address: 90 N. Broadway, Ste. 300, Irvington, NY 10533

    New address: 500 E. Michigan Ave., Suite 130, Lansing, MI 48912

**Telephone number:**

    Old phone number: (734) 864-4514

New phone number: (231) 794-2379

**Email address:**

Old email address: jacquelyn@bargergaines.com

New email address: jacquelyn@education-rights.com

Date: June 5, 2024                                      *s/Jacquelyn N. Kmetz*____
                                                        Jacquelyn N. Kmetz (P83575)
                                                        Abdnour Weiker LLP
                                                        Attorney for Plaintiff
                                                        500 E. Michigan Ave., Ste. 130
                                                        Lansing, MI 48912
                                                        (517) 994-1776
                                                        jacquelyn@education-rights.com