UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| T.M., ) | |
|     Plaintiff, ) | |
| ) | No. 1:23-cv-762 |
| v. ) | |
| ) | Honorable Paul L. Maloney |
| MICHIGAN DEPARTMENT OF EDUCATION, ) | |
|     Defendant. ) | |
| ) | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 16), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 20, 2024                                     /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                  United States District Judge